Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MOORE,<br><br>             Plaintiff,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No. 2:09-CV-00143-WBS-GGH<br><br>STIPULATION TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |

　　　Plaintiff, TIMOTHY MOORE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about January 15, 2009.  Plaintiff accepted NCO's Offer of Judgment on April 30, 2009, and Judgment was entered on April 30, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/5/09                KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
Timothy Moore

Dated: 6/5/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated: June 8, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE